RECEIVED
JUL - 6 2015
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES M. THORNTON,<br>　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:14-CV-00447 |
| VERSUS | |
| UNITED STATES OF AMERICA,<br>　　Defendant | JUDGE DEE D. DRELL<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendant's motion for summary judgment (Doc. 25) is DENIED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 3rd day of July 2015.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHIEF JUDGE DEE D. DRELL
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE